| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar # 151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
ISRAEL CASTILLO-CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00019 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| ISRAEL CASTILLO-CABRERA, | ) | Date: April 10, 2009 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Dept : Hon. Lawrence J. O'Neill |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 3, 2009, **may be continued to April 10, 2009 at 9:00 A.M.**

This continuance is requested by counsel for the defendant. Defendant has requested additional time to consider the government's plea offer. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 2, 2009 /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 2, 2009 /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
ISRAEL CASTILLO-CABRERA

**O R D E R**

**Good Cause exists for the continuance due to the health matter of defense counsel.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). IT IS SO ORDERED.

**Dated: April 2, 2009** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE