IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 09-0019 LJO |
| Plaintiff, | **ORDER TO DENY AS MOOT IFP APPLICATION** |
| vs. | (Doc. 15.) |
| ISREAL CASTILLO-CABRERA, | |
| Defendant. / | |

This Court DENIES as moot defendant's application to proceed in forma pauperis given that this criminal action is a closed and defendant proceeds on appeal.

IT IS SO ORDERED.

**Dated:   January 20, 2010**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1